UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMORY DAY**, <br><br>            Petitioner, <br><br>    vs. <br><br> **ERIC RARDIN**, <br><br>            Respondent. | **2:25-CV-12804-TGB-CI** <br><br> **JUDGMENT** |

In accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

                                                    s/Terrence G. Berg
                                                   TERRENCE G. BERG
Dated:  October 31, 2025          UNITED STATES DISTRICT JUDGE