UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMORY DAY**, <br><br> Petitioner, <br><br> vs. <br><br><br> **ERIC RARDIN**, <br><br> Respondent. | **2:25-CV-12804-TGB-CI** <br><br> HON. TERRENCE G. BERG <br><br> **ORDER VACATING THE DEFICIENCY DISMISSAL (ECF NOS. 5, 6) DUE TO CLERICAL ERROR AND REOPENING THE CASE** |

On September 5, 2025, Petitioner Emory Day filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On October 31, 2025, this Court entered an order dismissing the case due to Day's failure to comply with Magistrate Judge David R. Grand's Order to Correct Deficiency ("Deficiency Order") by October 7, 2025. ECF No. 5. At that time, the docket reflected that Day had neither paid the $5.00 filing fee nor submitted an application to proceed in forma pauperis.

As of the date of this Order, the Court was informed that Day had paid the $5.00 filing fee on September 30, 2025. However, Day's payment was not docketed due to a clerical error until November 7, 2025. Because Day has complied with the Deficiency Order by timely paying the filing fee, the Court **VACATES** the Opinion and Order Dismissing Case for Failure to Correct Deficiency and the Judgment. ECF Nos. 5 & 6.

Accordingly, **IT IS ORDERED** that the Opinion and Order Dismissing Case for Failure to Correct Deficiency and the Judgment, ECF Nos. 5 & 6, are **VACATED**. The Court further rescinds its denial of Petitioner's request to reinstate order against being shipped/transferred until he can argue a § 2241 petition.

**IT IS FURTHER ORDERED** that the case is **REOPENED** and **REINSTATED** to the Court's active docket.

**IT IS SO ORDERED**.

Dated: November 10, 2025

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE