FILED
NOV 12 2025
CLERK'S OFFICE
DETROIT

Emory Day
Case No. 25-12804

I have sent the proof that the $5.00 filing fee was paid. This fee was paid 9-30-25 by my mother, in person.

I have sent the order denying my case along with the receipt of payment.

My case should not have been dismissed and should be corrected as the fee was paid with time to spare.

Again, this fee was paid in person by Cornelia Day on 9-30-2025.

There have been no other orders delivered to me. This is clearly a paperwork fumble on the Courts end.

Please correct this mistake and reinstate the case.

Thank you  Emory Day  48541509
11-5-25



METROPLEX MI 480
METROPLEX MI 480
6 NOV 2025 PM 7 L
6 NOV 2025 PM 7 L

Emory Day 48541509
FCI Milan
P.O. Box 1000
Milan MI 48160

RECEIVED
NOV 12 2025
CLERK'S OFFICE
DETROIT

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit M.I. 48226

48226-279426