

**FILED NOV 12 2025 CLERK'S OFFICE DETROIT**

Emory Day

Case No. 25-12804

⑦

There has been a mistake.

My case has been dismissed for failing to pay the 5.00 filing fee.

Please see attached —

The fee was paid 9-30-25

Please correct this error and reinstate my case as the fee was paid on time.

③

AO82
(Rev. 2/95)

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN
at   DETROIT

RECEIVED FROM   Cornelia Day

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |

| ACCOUNT | AMOUNT |
|---|---|
| | 5.00 |
| | |
| | |
| TOTAL | 5.00 |
| Case Number or Other Reference | |
| 25-12804 | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 9/30/25   Cash ☐  Check ☐  M.O. ☐  Credit ☒
DEPUTY CLERK  B. Hannah

---

COURTS/USDC-MI-E
231 W LAFAYETTE BLVD RM
DETROIT, MI 48226
(313) 234-5070

SALE

REF#: 00000001
Batch #: 273001   RRN: 250100001
09/30/25             10:23:14
APPR CODE: 232586
VISA                 Contactless
************0240        **/**

AMOUNT          $5.00

APPROVED

VISA DEBIT
AID: A0000000031010
TVR: 00 00 00 00 00

CUSTOMER COPY



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**Office of the Clerk**
**Theodore Levin U.S. Courthouse**
231 West Lafayette Boulevard, Fifth Floor
Detroit, Michigan  48226
(313) 234-5005

---

**Date:** September 30, 2025                                    **Initials:** MRS

**Ordered By:** Cornelia Day

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Writ of Habeas Corpus | $ 5.00 | $ 5.00 |

**PLEASE SUBMIT THIS AMOUNT:** $ 5.00

**Additional Notes:** 25-12804

The U.S. District Court for the Eastern District of Michigan accepts checks or money orders, for payment of court fees, services, fine payments, or restitution.

Checks and money orders shall be made payable to:
Clerk, U.S. District Court

MasterCard, American Express, Discover, VISA, and Diners Club credit cards are accepted forms of payment.

*THANK YOU FOR YOUR ORDER*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMORY DAY**, <br><br> Petitioner, <br><br> vs. <br><br> **ERIC RARDIN**, <br><br> Respondent. | 2:25-CV-12804-TGB-CI <br><br> HON. TERRENCE G. BERG <br><br> **OPINION AND ORDER DISMISSING CASE FOR FAILURE TO CORRECT DEFICIENCY AND DENYING REQUEST TO REINSTATE ORDER (ECF NO. 2) AS MOOT** |

On September 5, 2025, Petitioner Emory Day filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On September 16, 2025, Magistrate Judge David R. Grand issued an Order to Correct Deficiency ("Deficiency Order") in which Day was ordered to submit a $5.00 fee for filing a habeas corpus petition or an application to proceed in forma pauperis within twenty-one days of the order. ECF No. 4. Petitioner Day has failed to comply with the Court's Deficiency Order and consequently this action will be **DISMISSED WITHOUT PREJUDICE**. Furthermore, the Court **DENIES AS MOOT** Day's request to reinstate order against being shipped/transferred, ECF No. 2, until Day can argue a § 2241 petition.

Day's Petition is subject to dismissal because he failed to comply with the Court's Deficiency Order. If a habeas petitioner does not comply

with a court's directions in a deficiency order, the district court must presume that the prisoner is not entitled to proceed in forma pauperis, "assess the full filing fee, and dismiss the case for want of prosecution." *Gravitt v. Tyszkiewicz*, 14 F. App'x 348, 349 (6th Cir. 2001) (citing *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir.1997)). Here, the Deficiency Order provided clear instructions for Day to submit either the $5.00 filing fee or an application to proceed in forma pauperis. The Deficiency Order also expressly warned Day that failure to comply with the Court's instructions could result in dismissal of his action. Day was required to comply with the Deficiency Order by October 7, 2025. Despite the additional time and leeway given to Day as an incarcerated pro se party, he failed to comply with the Court's Deficiency Order.

Therefore, this case is hereby **DISMISSED WITHOUT PREJUDICE**. Day's request to reinstate order against being shipped/transferred until he can argue a § 2241 petition, ECF No. 2, is **DENIED AS MOOT**. It is further ordered that an appeal from this decision would be frivolous and could not be taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, a certificate of appealability and leave to appeal in forma pauperis are **DENIED**.

IT IS SO ORDERED.

Dated: October 31, 2025

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **EMORY DAY**, Petitioner, vs. **ERIC RARDIN**, Respondent. | 2:25-CV-12804-TGB-CI <br><br> **JUDGMENT** |

In accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                             s/Terrence G. Berg
                                             TERRENCE G. BERG
Dated: October 31, 2025        UNITED STATES DISTRICT JUDGE

Emory Day
48841509
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
6 NOV 2025 PM 4 L

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit, MI. 48226

48226-279426

RECEIVED
NOV 12 2025
CLERK'S OFFICE
U.S. DISTRICT COURT