Emory Day 48541509
v.
Eric Rardin

Clerk of the Court,  Case No. 25-12804

**FILED**
NOV 18 2025
CLERK'S OFFICE
DETROIT

The restraining order needs to be put in place right away as Mr. Rardin is attempting to transfer me to another prison out of retaliation for filing with the Court and administrative remedy forms filed on Staff misconduct that the Counselor and Unit Manager refuse to process.

My family has informed me the Clerks office made a mistake somewhere, and my case will be re-opened.

There are other issues I will be filing to correct the misscoring of my Custody points and allow me to stay at Milan and avoid the transfer, and the retaliation.

Again, the restraining order must be granted in order to correct the "mistakes" Staff have made to my Custody levels.

Thank you.

Emory Day

Emory Day
NAME

48541-509
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
NOV 18 2025
CLERK'S OFFICE
DETROIT

METROPLEX MI 480
13 NOV 2025 PM 9 L

Clerk of the Court
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

48226-277758