

Emory Day 48541509

v.

Eric Rardin

Case No. 25-12804

FILED
NOV 21 2025
CLERK'S OFFICE
DETROIT

The error was in the Clerks office and the case should be reopened by now.

I am going to be transferred if the restraining order is not granted.

My Custody points are higher than they should be and they refuse to even try to fix it.

I have in my possession the "Extension of time to hold UDC". The request is to deny the extension, Stating—
   "Due to the Individual named in the incident report number #3906252 being past 5 days. The Unit Disciplinary Committee is requesting that the Warden deny an extension in processing to allow the Disciplinary process to proceed within the scope of Program Statement 5270.09."

This was requested by my Counselor at the time C. Grimm. 9-18-24. The UDC's request is approved and Signed by the warden E. Rardin 9-18-2024.
I was informed 9-20-24 at 11:25am by J. Fisher that the extension was denied and the incident report would be expunged.

Within Program Statement 5270.09 it States —
   "The DHO may not hear any Case not referred by the UDC."

When the 5 day extension was denied, that was the end of it. It was to be expunged.
A Staff member used as "Alternate DHO" was used as a weapon and I was found guilty with no due process.

I lost visits with my family for over a year and Good days (41 days) and my Custody points went up.

My Unit Team was made aware of this issue.
They refused to help.
When my notice for this case was read by Staff September 19th, I was placed in SHU for a "positive" U.A. for a medication I have never taken. I have been verbally threatened by administration. Refused the legal material for fighting my wrongful conviction and I'm being transferred in retaliation for filing remedy forms and filing with the Court. Staff refuse to make copies and I only have 1 copy of this evidence.

I refuse to go to a <u>Medium</u> prison with the Wrongful Conviction. This Conviction has been hard enough at a low.

Lowering my Custody level by correcting the "mistakes" the Staff have made Correct this misscoring of my points. Allowing me to Stay here with my family and lawyer visits or transfer to another low, not a medium.

11-17-25
Emery Day

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

NAME: Emory Bey
REG. NO. 41354-509

RECEIVED
NOV 21 2025
CLERKS OFFICE
DETROIT

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

METROPLEX MI 480
18 NOV 2025 PM 7 L

U.S. MARSHAL