Emory Day
v.
Eric Rardin

Judge Terrence Berg,                              Case No. 25-12804

    I had informed Warden Rardin that I was working on getting an order against being transferred until I could fix the errors with my incident report history and the points.

    Mr. Rardin stated - "I don't care about what the Court says, I am transferring you. They can ship you back if they want."

    Mr. Rardin is being unreasonable. Once the report is removed and the points come off, there is no reason for a transfer.

    This transfer is out of spite. I continue to report and write up his staff for not doing their job. Unit Team could have corrected this mistake, they won't.

    It appears Mr. Rardin is going to do whatever he wants regardless of what the Court says.

    My lawyer is here and my family visits me every week. It is very important for both my family and myself that I stay here. The programs I need to complete are here.

    What Mr. Rardin is doing is wrong.

    Staying here is what's best for me. Or is this only about punishment? I won't be treated very well at a medium custody prison. I won't be allowed to walk there. Mr. Rardin knows this.

                                Emory Day  48541509

FILED DEC 01 2025 CLERK'S OFFICE DETROIT

Emory Day
NAME

41541509
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 01 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
24 NOV 2025 PM 8 L

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit, MI 48226

48226-279426