2

Emery Day
v
Eric Rardin

Clerk of the Court                    No. 25-12804

Please send any and all orders/court documents related to Case No. 25-12804 Day v. Rardin to me.

The only document in my possession is ECF No. 7 PageID 20 & 21

The Warden stated he was going to transfer regardless of what the Court says.

It appears from ECF No 7 pgID 21 - "The Court rescinds its denial of petitioner's request to reinstate is order against being Shipped/Transferred."

That there is an order against being transferred?

I can't argue the petition if I'm being shipped all over without my legal documents for this petition.

11-20-25

Emery Day

FILED
DEC 0 1 2025
CLERK'S OFFICE
DETROIT



METROPLEX MI 480
24 NOV 2025 PM 7 L

Emory Day
NAME
48541-509
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 01 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit, M.I. 48226

48226-279425