Case No. 25-12804
Day
v.
Rardin

Clerk of the Court                                11-23-2025

ECF No. 7, Page ID. 21 States -

"The Court further rescinds its denial of Petitioner's request to reinstate order against being shipped/transferred until he can argue a 2241 petition."

So my question is - is there a Court order against being Shipped/Transferred??

If the denial has been rescinded.... Then there is an order, correct? If not, I am going to be transferred without the means to argue my petition. I will not be in possession of my property/document proofs.

☆ I need a copy of the order so I may contact the DSCC and halt this transfer. ☆

FILED
DEC 0 1 2025
CLERK'S OFFICE
DETROIT

11-23-25
Emory Day
Emory Day 48541509

METROPLEX MI 480
24 NOV 2025 PM 8 L

RECEIVED
DEC 01 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit, M.I. 48226

48226-279426

Emory Day NAME
48541 509 REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal
5803-11-33-3035

24/Stone