FILED
DEC 02 2025
CLERK'S OFFICE
DETROIT

11-24-2025

Case No. 25-12804

Judge Terrence Berg

The Warden has stated he does not care about Court orders. He is going to transfer me.

This will be difficult to argue my petition seeing as the Warden seems to think he is above the United States District Court and the Judge.

This transfer is pure retaliation. I expect the Court to hold Mr. Rardin in Contempt and Sanction as the Court sees fit.

Him and his Staff refused to correct the errors. Refused to address the misconduct and policy violations.

This transfer could not be possible without the misconduct.

The administrative remedy program has failed due to Staff refusal and denial in processing.

Who knows where my property will end up or if I will ever see it again.

It sure would be nice to have an attorney to assist me.

Emory Day  11-24-25

Timothy Dery
NAME
48941-509
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

11-24-25

RECEIVED
DEC 02 2025
CLERK'S OFFICE
U.S. DISTRICT

Office of the Clerk
United States District Court
231 W. Lafayette Blvd.
Detroit, M.I 48226

