United States District Court
Eastern District of Michigan

Emory Day,

    Petitioner,

v.

Eric Rardin, Warden

    Respondent.

Civil No. 25-cv-12804

Honorable Terrence G. Berg
Mag. Judge Curtis Ivy, Jr.

## Appearance

Notice is given that Julie A. Beck, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Respondent in the above-captioned case.

JEROME F. GORGON, JR.
United States Attorney

s/Julie A. Beck
Julie A. Beck
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9717
Julie.Beck@usdoj.gov
P53291

Date:  December 5, 2025

## Certificate of Service

I hereby certify that on December 5, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

Emory Day, Reg. #48541-509
Milan FCI
P.O. Box 1000
Milan, MI 48160

                                                            s/ Julie A. Beck
                                                            Julie A. Beck
                                                            Assistant U.S. Attorney
                                                            211 W. Fort St., Ste. 2001
                                                            Detroit, MI 48226
                                                            (313) 226-9717
                                                            Julie.Beck@usdoj.gov
                                                            P53291