Emory Day  48541509

2

Clerk of the Court,

**FILED**
DEC 11 2025
CLERK'S OFFICE
DETROIT

Case No. 25-12804

Is there an order against transferring or not in this case?

"The Court further rescinds its denial of Petitioner's request to reinstate order against being shipped/transferred until he can argue a 2241 petition." (ECF No. 7)

I am stuck in SHU (hole) with a transfer pending.

So if the Court rescinds its denial, there is an order against transfer, correct?

Now would be a great time for the Court to let me know so I can try to get out of Segregation.

I can't do anything to help myself in the SHU pending transfer.

Is there an order or not?

Emory Day  12-7-25



Emory Day
NAME
48541-509
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
DEC 11 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
8 DEC 2025 PM 6 L

Office of the Clerk
231 W. Lafayette Blvd.
Detroit, M.I. 48226

48226-277758