FILED
DEC 16 2025
CLERK'S OFFICE
DETROIT

Day v. Rardin

(2)

Clerk of the Court

Case No. 25-12804

It appears nothing is going to stop the transfer.

I don't know where I am going or when I will get there and I don't know if my property/documents will get back to me.

I have multiple documents that prove that Milan Staff manipulated Incident report 3906252, violated due process, ignored Program Statement 5270.09, denied family visits, and took 41 good days after being informed the report would be expunged.

I am requesting a evidentiary hearing so the record can reflect all evidence related to this case.

I am still at Milan FCI but wont be for much longer, says SHU Staff. My phone is suspended with no sanction in place. I am unable to use the phone. For no reason.

12-8-2025

Emory Day 42541509
Emory Day
PO Box 1000
Milan M.I. 48160

NAME: Emory Day
REG. NO.: 48541-509

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Office of the Clerk
231 W. Lafayette Blvd
Detroit, MI 48226



RECEIVED
DEC 16 2025
CLERK'S OFFICE
DETROIT